FILED
2015 Jun-16 AM 10:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| **VERONICA G. McGREGOR,** | } | |
| Plaintiff, | } } } | |
| v. | } } | Case No.: 1:15-mc-00143-RDP |
| **ASSET ACCEPTANCE, LLC,** | } } } | |
| Defendant. | } | |

## ORDER

In accordance with the accompanying Memorandum Opinion, Plaintiff's Motion for Withdrawal of Reference (Doc. 1) is **GRANTED**.  This adversary proceeding (No. 14-40084) is **WITHDRAWN** from the Bankruptcy Court for the Northern District of Alabama, Eastern Division.  The Clerk of the Court is **DIRECTED** to assign this case as a civil action.

**DONE** and **ORDERED** this June 16, 2015.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE